UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61917-CIV-LENARD/WHITE

**TERRENCE BROMELL**,

       Petitioner,

vs.

**WALTER A. MCNEIL,**

       Respondent.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Report of the Magistrate Judge (D.E. 14), issued on August 20, 2008. Although Petitioner requested, and this Court granted, an extension of time until and including October 8, 2008 in which to file his objections (see D.E. 16), Petitioner has not filed any objections to the Report. After an independent review of the Report and record, it is hereby:

**ORDERED AND ADJUDGED** that:

1.    The Report of the Magistrate Judge (D.E. 14) is **ADOPTED**.

2.    Petitioner's Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus (D.E. 1), filed on or about December 28, 2007, is **DENIED.**

3.    All pending motions not otherwise ruled upon are **DENIED as moot**.

4.    This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 10th day of October, 2008.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**